ANNA Y. PARK, CA SBN 164242
SUE NOH, CA SBN 192134
RUMDUOL VUONG, CA SBN 264392
NAKKISA AKHAVAN, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SALVADOR ALCANTAR III,<br><br>Respondents. | Case No.: 1:17-MC-00032 EPG<br><br>**ORDER TO SHOW CAUSE WHY SUBPOENA SHOULD NOT BE ENFORCED** |

Petitioner, the United States Equal Employment Opportunity Commission (the "EEOC" or "Commission"), has filed an Application for an Order to Show Cause as to why its Subpoena *duces tucum* (Subpoena No. Fresno 017-04) served on Respondent Salvador Alcantar III ("Respondent") should not be enforced. In its Application and supporting documents, EEOC states that on December 9, 2016, during the investigation of a valid charge of race and age discrimination by Micheal W. McLaughlin pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et. seq.* and the Age Discrimination in Employment

Act ("ADEA"), 42 U.S.C. § 621 *et. seq.*, EEOC served Subpoena No. Fresno 017-04 on Respondent. Respondent received the Subpoena on December 12, 2016. EEOC further states that Respondent failed to comply with the subpoena or adhere to the administrative process set forth in the federal regulations for revoking or modifying the subpoena.

Accordingly, due to the service of the subpoena and Respondent's failure to comply with the subpoena, it is HEREBY ORDERED:

1. That Respondent appear on 23rd day of June, 2017, at 10:30 a.m. in Courtroom 10, Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA, before Magistrate Judge Erica P. Grosjean, and show cause why Respondent should not be compelled to comply with the Subpoena No. Fresno 017-04 issued by EEOC.
2. That Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before 2nd day of June, 2017.
3. That Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than 16th day of June, 2017.

IT IS SO ORDERED.

Dated: **May 17, 2017**   /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE