ANNA Y. PARK, CA SBN 164242
SUE NOH, CA SBN 192134
RUMDUOL VUONG, CA SBN 264392
NAKKISA AKHAVAN, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SALVADOR ALCANTAR III,<br><br>Respondents. | Case No.: 1:17-mc-00032 EPG<br><br>**ORDER TO EXTEND DATES** |

On May 15, 2017, Petitioner United States Equal Employment Opportunity Commission (the "EEOC" or "Commission") filed an Application for an Order to Show Cause as to why its Subpoena *duces tucum* (Subpoena No. Fresno 017-04) served on Respondent Salvador Alcantar III ("Respondent") should not be enforced (Dkt. No. 1). This Court issued an Order to Show Cause on May 18, 2017 (Dkt. No. 2) and set the following dates in this action:

1. That Respondent appear on 23rd day of June, 2017, at 10:30 a.m. in Courtroom 10, Robert E. Coyle United States Courthouse located at 2500 Tulare Street,

Fresno, CA before the Honorable U.S. Magistrate Judge Erica P. Grosjean, and show cause why Respondent should not be compelled to comply with the Subpoena No. Fresno 017-04 issued by EEOC.

2. That Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before 2nd day of June, 2017.

3. That Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than 16th day of June, 2017.

EEOC has diligently attempted to serve Respondent as ordered by this Court but has been unsuccessful. Accordingly, it is HEREBY ORDERED:

1. That Respondent appear on **July 28, 2017**, at **9:15 a.m.** in Courtroom 10, Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA before U.S. Magistrate Judge Erica P. Grosjean, and show cause why Respondent should not be compelled to comply with the Subpoena No. Fresno 017-04 issued by EEOC.

2. That Petitioner serve Respondent with a copy of the Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents, including this Order, on which this Order is based on or before **July 3, 2017**.

3. That Petitioner is allowed to serve Respondent by publication pursuant to California Code of Civil Procedure 415.50. Petitioner will publish the summons in Fresno Bee or a newspaper, published in the State of California, which is most likely to give actual notice to Respondent of service. Petitioner shall forthwith mail Respondent this Order and the supporting documents detailed in (1) above, if his address is ascertained before the expiration of the time prescribed for publication. Petitioner will comply with California Government Code 6064 and effectuate notice by publication once a week for four successive weeks with at least five days intervening between respective publication dates, not counting such publication dates, ending on a date no later than **July 10, 2017**.

4. That Respondent must file and serve its answer or response to the EEOC's Application for an Order to Show Cause no later than **July 17, 2017**.

IT IS SO ORDERED.

Dated: **June 12, 2017**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE