ANNA Y. PARK, CA SBN 164242
SUE NOH, CA SBN 192134
RUMDUOL VUONG, CA SBN 264392
NAKKISA AKHAVAN, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SALVADOR ALCANTAR III,<br><br>Respondents. | Case No.: 1:17-mc-00032 EPG<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE AND VACATING HEARINGS** |

**ORDER**

Pursuant to Petitioner U.S. Equal Employment Opportunity Commission's Request to Withdraw and/or Dismiss Application for Order to Show Cause (Dkt. No. 5), Petitioner's application is withdrawn and this case is dismissed. The hearing set for July 28, 2017 is vacated. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 20, 2017**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE

1